UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

MARINE TRAVELIFT, INC.,

       Plaintiff,

vs.

CIMOLAI TECHNOLOGY S.p.A.,
IDEYA, INC.
and
FABRIZIO ALFIER,

       Defendants.

Case No. 1:16-cv- 338

---

## ORDER FOR DISMISSAL

---

**NOW,** based on the Stipulated Motion for Dismissal by the parties,

**IT HEREBY IS ORDERED** that the above-captioned case is dismissed with prejudice and without an award of fees or costs to any party pursuant to the Settlement Agreement by the parties.

Dated this 13th day of September, 2016.

                             **BY THE COURT:**

                             s/William C. Griesbach
                             Honorable William C. Griesbach
                             United States District Judge